UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62879-cv-UNGARO

HOWARD COHAN,

       Plaintiff,

vs.

Y REAL ESTATE GROUP, LLC
d/b/a THE BEACH SIDE VILLAS,

       Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff, Howard Cohan, and Defendant, Y Real Estate Group, LLC d/b/a The Beach Side Villas, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., stipulate and agree that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 20, 2015

| | |
|---|---|
| **MARK D. COHEN, P.A.** | **GREENSPOON MARDER, P.A.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Presidential Circle, Suite #435 | 200 East Broward Blvd. |
| 4000 Hollywood Blvd. | Suite 1800 |
| Hollywood, Florida 33021 | Ft. Lauderdale, FL 33301 |
| Tel.: (954) 962-1166 | Tel.: (954) 491-1120 |
| Fax: (954) 962-1779 | Fax: (954) 267-8027 |
| mdcohenpa@yahoo.com | peter.siegel@gmlaw.com |
| | |
| BY: s/Mark D. Cohen | By: /Peter R. Siegel |
| **MARK D. COHEN** | **PETER R. SIEGEL** |
| Florida Bar No.: 347345 | Florida Bar No.: 988634 |