UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:14-cv-62879-UU

HOWARD COHAN,

    Plaintiff,

v.

Y REAL ESTATE GROUP, LLC,

    Defendants.
_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court *sua sponte.*

THE COURT has reviewed the record and is otherwise fully advised in the premises. On January 20, 2015, the parties filed a Joint Stipulation of Dismissal with Prejudice, D.E. 7, which is effective without further action by the Court. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of January, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record